USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/15/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

YOLANDA JOSEY, : 09 Civ. 4403 (SHS)

                Plaintiff, :

    -against- : ORDER

SALLIE MAE, INC., U.S. DEPARTMENT OF :
EDUCATION,
                                                  :
                Defendants.
------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

       On August 17, 2009, Magistrate Judge Andrew J. Peck issued a Report and Recommendation recommending that defendant Sallie Mae's motion to dismiss the complaint be granted in its entirety and plaintiff's complaint be dismissed as to all defendants. The Court's records indicate that as of today, no objections by plaintiff have been received.

       After a *de novo* review of the Report and Recommendation,

       IT IS HEREBY ORDERED that the defendant Sallie Mae's motion to dismiss the complaint [4] is granted, the U.S. Department of Education's motion to dismiss the complaint [11] is dismissed as moot, and the complaint is dismissed as to all defendants.

Dated: New York, New York
       September 15, 2009

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.